RECEIVED

MAY 26 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| THOMAS B. BREWIN<br>La. DOC #222357<br>VS.<br><br>ST. TAMMANY PARISH CORRECTIONAL<br>CENTER, ET AL. | CIVIL ACTION NO. 08-0639<br><br>SECTION P<br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous and as failing to state claims for which relief might be granted pursuant to 28 U.S.C.1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 26 day of May, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE